_____ FILED          _____ ENTERED
_____ LOGGED         _____ RECEIVED

JAN 22 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                                DEPUTY

TO: ELLEN L. HOLLANDER
UNITED STATES DISTRICT
        JUDGE
DISTRICT OF MARYLAND
101 WEST LOMBARD STREET
BALTIMORE CITY
        MARYLAND
        21201

WHAT: WAVER OF LEGAL FEES TO, AND
PROCESS SUITE OF VULNERABLE
ELDERY CITIZEN NEEDING EMANCIPATION
from UNNESSARY CONTROL OF HIS FINANCES
THROUGH ▪ United States Veterans Administration
BY APPOINTED PAYEE: REBECCA BURTON REGONS BANK
BOX 1980   KINGSPORT TENNESSEE

WHO: VULLERNABLE CITIZEN STATUS GIVEN BY
& WHERE JACKillin HIGGENS 1·443·564·9198
REPRESENTING ADULT PROTECTIVE SERVICES
        300 METRO PLAZA
BALTIMORE MARYLAND 21215
WHEN: STATUS WAS ISSUED friday December 10th 2014
WHY: MENTAL HEALTH ISSUES